*Propria Persona*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

CENTRAL District of CALIFORNIA

_____ Division

Case No. **CV19-02617**-RGKRAOx

*(to be filled in by the Clerk's Office)*

Antonio El , Marie Mairiam Bijou Bayo El
_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

LOS ANGLES COUNTY SHERIFF DEPARTMENT
_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.      The Parties to This Complaint**

**A.      The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Antonio El, Marie Mairiam Bijou Bayo El |
| Street Address | In Care of 2226 MACARTHUR BOULEVARD |
| City and County | Oakland Territory ,Alameda County |
| State and Zip Code | California State Republic 06143 |
| Telephone Number | (202)766-6032 |
| E-mail Address | Antonioabyadel720@gmail.com |

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual,  a government agency, an organization,  or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Propria Persona

~~Pro Se~~ 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | KEVIN HONEA# 617339 |
| Job or Title *(if known)* | EXECUTIVE NARCOTICS OFFICER |
| Street Address | 1310 WEST IMPERIAL HIGHWAY |
| City and County | LOS ANGELES |
| State and Zip Code | CALIFORNIA 90044 |
| Telephone Number | 323-820-6700 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | DANIEL GONZALEZ#619566 |
| Job or Title *(if known)* | EXECUTIVE NARCOTICS OFFICER |
| Street Address | 1310 WEST IMPERIAL HIGHWAY |
| City and County | LOS ANGLES |
| State and Zip Code | CALIFORNIA 90044 |
| Telephone Number | 323-820-6700 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

*Propria Persona*

~~Pro Se~~ 2 (Rev. 12/16) Complaint and Request for Injunction

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Emergency Diplomatic Relations Complaint Pursuant to United States of America Constitutional Law 1791 Republic

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* Antonio El/ Marie Bayo El Propria Persona , is a citizen of the State of *(name)* California Republic .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* DANIEL GONZALES/ KEVIN HONEA , is a citizen of the State of *(name)* California Republic . Or is a citizen of *(foreign nation)* _____

Propria Persona

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.      If the defendant is a corporation

The defendant, *(name)* LOS ANGLES SHERIFF OFFICE , is incorporated under
the laws of the State of *(name)* CALIFORNIA , and has its
principal place of business in the State of *(name)* CALIFORNIA .
Or is incorporated under the laws of *(foreign nation)* ,
and has its principal place of business in *(name)* CALIFORNIA .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Of the additional damages

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant
was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights,
including the dates and places of that involvement or conduct. If more than one claim is asserted, number each
claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if
needed.

A.      Where did the events giving rise to your claim(s) occur?

106th and Vermont

B.      What date and approximate time did the events giving rise to your claim(s) occur?

106th and Vermont Janruary 3rd, 2019 at 1:28pm

*Propria Persona*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

I Antonio El/Marie Mairiam Bijou Bayo El sui juris heir hereafter Minister El in propria persona in expressly not "pro se", a claimant in personam and expressly not a "plantiff"; standing in an unlimited commerical liability as an Aboriginal and Indigenous Moor Flesh and Blood, Natural Person, Moorish American National , also hereafter affiant seeking a "Common Law Remedy ". Pursuant to Constitutional Law 1791 (Republic). The Moorish National Republic in and through its consul has demaded jurisdiction pursuant to Treaty and Consttitutional Law. Moorish American Nationals have been violated by Corporate Colorable Codes, rules, regulations, statues that has forced our Nationals under stress, duress, coersion, treason, human trafficking, rackaterring, genocide and conspiracy against the Supreme Law of the Land.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Bodily Injuries were inflicted upon me by the Los Angeles County Sheriff Deparetment and extortion by Los Angeles County Sheriff Department of private property for financial compensation by LASD without due process of law.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed  for the acts alleged and the basis for these amounts.  Include any punitive  or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive  money damages.

1.Genocide Penalty $1,000,000.00  18 USC 1091, Treason Penalty $250,000.00  18 USC 3571, Conspiracy Penalty $10,000.00  18 USC 241, Extortio Penalty $5,000.00  18 USC 872, Slavery( forced compliance to contracts not held) $250,000.00  18 USC 371, Fraud Penalty $5,000.00  18 USC 876,Violation  of Oath of Office Penalty $25,000.00  18 USC 3571, Rackateering Penalty $25,000.00  18 USC 1963
I am in propria persona sui juris heir and I am entitled pursuant to United States Constitutional  Law of 1791 (Republic)

Propria Persona

~~Pro Se~~ 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   04-05-2019

Signature of Plaintiff   Antonio El ucc 1-308 /Marie Bayo El ucc 1-308

Printed Name of Plaintiff   Antonio El / Marie Bayo El

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____

 **THE LIBRARY OF CONGRESS**
PHOTODUPLICATION SERVICE
WASHINGTON, D.C. 20540-4570

**PHOTODUPLICATION SERVICE**
202-707-5640 (VOICE)
202-707-1771 (FAX)
photoduplication@loc.gov (EMAIL)

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA,** volume 8, and that the attached photocopies - the title page, the verso of the title page, and pages 100 through 105 - are a true representation from that work.

THIS IS TO CERTIFY FURTHER, that the work is marked with a Library of Congress stamp that bears the date September 26, 1990.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on November 8, 2007.

Shirley M. Berry

By: Shirley M. Berry
Acting Chief
Library of Congress
Photoduplication Service

EXHIBIT A

BY AUTHORITY OF CONGRESS.

THE

# Public Statutes at Large

OF THE

# UNITED STATES OF AMERICA,

FROM THE

ORGANIZATION OF THE GOVERNMENT IN 1789, TO MARCH 3, 1845.

ARRANGED IN CHRONOLOGICAL ORDER.

WITH

REFERENCES TO THE MATTER OF EACH ACT AND TO THE SUBSEQUENT ACTS
ON THE SAME SUBJECT,

AND

COPIOUS NOTES OF THE DECISIONS

OF THE

## Courts of the United States

CONSTRUING THOSE ACTS, AND UPON THE SUBJECTS OF THE LAWS.

WITH AN

INDEX TO THE CONTENTS OF EACH VOLUME,

AND A

FULL GENERAL INDEX TO THE WHOLE WORK, IN THE CONCLUDING VOLUME.

TOGETHER WITH

The Declaration of Independence, the Articles of Confederation, and
the Constitution of the United States;

AND ALSO,

TABLES, IN THE LAST VOLUME, CONTAINING LISTS OF THE ACTS RELATING TO THE JUDICIARY,
IMPOSTS AND TONNAGE, THE PUBLIC LANDS, ETC.

EDITED BY

RICHARD PETERS, ESQ.

COUNSELLOR AT LAW.

The rights and interests of the United States in the stereotype plates from which this work is printed, are hereby recognized,
acknowledged, and declared by the publishers, according to the provisions of the joint resolution of Congress, passed March 3, 1845.

VOL. VIII.

## BOSTON:

LITTLE, BROWN AND COMPANY.

1867.



KF50
.U5
v. 8
4th Set

Entered according to act of Congress, in the year 1848, by
CHARLES C. LITTLE & JAMES BROWN,
In the Clerk's office of the District Court of the District of Massachusetts.

LIBRARY OF CONGRESS
6
SEP 26 1990
COPY
ORDER DIVISION

# TREATY OF PEACE AND FRIENDSHIP

*Between the United States of America, and His Imperial Majesty the Emperor of Morocco.* (a)

January, 1787.

To all Persons to whom these Presents shall come or be made known. WHEREAS the United States of America, in Congress assembled, by their commission bearing date the twelfth day of May, one thousand seven hundred and eighty-four, thought proper to constitute John Adams, Benjamin Franklin, and Thomas Jefferson, their Ministers Plenipotentiary, giving to them, or a majority of them, full powers to confer, treat and negociate with the Ambassador, Minister, or Commissioner of his Majesty the Emperor of Morocco, concerning a treaty of amity and commerce; to make and receive propositions for such treaty, and to conclude and sign the same, transmitting it to the United States in Congress assembled, for their final ratification; and by one other commission, bearing date the eleventh day of March, one thousand seven hundred and eighty-five, did further empower the said Ministers Plenipotentiary, or a majority of them, by writing under their hands and seals, to appoint such agent in the said business as they might think proper, with authority under the directions and instructions of the said Ministers, to commence and prosecute the said negociations and conferences for the said treaty, provided that the said treaty should be signed by the said Ministers: And whereas we, the said John Adams and Thomas Jefferson, two of the said Ministers Plenipotentiary (the said Benjamin Franklin being absent) by writing under the hand and seal of the said John Adams at London, October the fifth, one thousand seven hundred and eighty-five, and of the said Thomas Jefferson at Paris, October the eleventh of the same year, did appoint Thomas Barclay, agent in the business aforesaid, giving him the powers therein, which, by the said second commission, we were authorized to give, and the said Thomas Barclay, in pursuance thereof, hath arranged articles for a treaty of amity and commerce between the United States of America, and his Majesty the Emperor of Morocco, which articles, written in the Arabic language, confirmed by his said Majesty the Emperor of Morocco, and sealed with his royal seal, being translated into the language of the said United States of America, together with the attestations thereto annexed, are in the following words, to wit:

> ROYAL
> SEAL.

In the Name of ALMIGHTY GOD.

This is a Treaty of Peace and Friendship established between us and the United States of America, which is confirmed, and which we have ordered to be written in this book, and sealed with our royal seal, at our court of Morocco, on the twenty-fifth day of the blessed month of Shaban, in the year one thousand two hundred, trusting in God it will remain permanent.

## ARTICLE I.

We declare that both parties have agreed that this treaty, consisting

(a) By "an act making an appropriation for the purpose therein mentioned," passed March 3, 1791. Laws U. S. vol. 1, 214, twenty thousand dollars are appropriated for effecting a negociation of the treaty with Morocco, September 16, 1836, post, 484.

TREATY WITH MOROCCO.   1787.

of twenty-five articles, shall be inserted in this book, and delivered to the Honorable Thomas Barclay, the agent of the United States, now at our court, with whose approbation it has been made, and who is duly authorized on their part to treat with us concerning all the matters contained therein.

*Emperor's consent to the treaty.*

### ARTICLE II.

If either of the parties shall be at war with any nation whatever, the other party shall not take a commission from the enemy, nor fight under their colours.

*Neither party shall take commission from the enemy of the other.*

### ARTICLE III.

If either of the parties shall be at war with any nation whatever, and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty, and the effects returned to the owners. And if any goods belonging to any nation, with whom either of the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested, without any attempt being made to take or detain them.

*Regulation in case of captures.*

### ARTICLE IV.

A signal or pass shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.

*Signal or pass to be given to vessels.*

### ARTICLE V.

If either of the parties shall be at war, and shall meet a vessel at sea belonging to the other, it is agreed, that an examination is to be made, it shall be done by sending a boat with two or three men only; and if any gun shall be fired, and injury done without reason, the offending party shall make good all damages.

*How vessels shall be examined in time of war.*

### ARTICLE VI.

If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored; and in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens of America, or their effects, and bring them into any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection.

*Citizens of the U. S. captured, to be released.*

### ARTICLE VII.

If any vessel of either party shall put into a port of the other, and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

*Vessels wanting supplies, to be furnished.*

### ARTICLE VIII.

If any vessel of the United States shall meet with a disaster at sea, and put into one of our ports to repair, she shall be at liberty to land and re-load her cargo, without paying any duty whatever.

*Provision in case of misfortune.*

### ARTICLE IX.

If any vessel of the United States shall be cast on shore on any part of our coasts, she shall remain at the disposition of the owners, and no one shall attempt going near her without their approbation, as she is

102                    TREATY WITH MOROCCO.   1787.

Regulation in case of shipwreck, and being forced into port.

then considered particularly under our protection; and if any vessel of the United States shall be forced to put into our ports by stress of weather, or otherwise, she shall not be compelled to land her cargo, but shall remain in tranquility until the commander shall think proper to proceed on his voyage.

## ARTICLE X.

Vessels protected in certain cases.

If any vessel of either of the parties shall have an engagement with a vessel belonging to any of the Christian powers within gun shot of the forts of the other, the vessel so engaged shall be defended and protected as much as possible until she is in safety; and if any American vessel shall be cast on shore on the coast of Wadnoon, or any coast thereabout, the people belonging to her shall be protected and assisted, until, by the help of God, they shall be sent to their country.

## ARTICLE XI.

Privileges of vessels in case of war.

If we shall be at war with any Christian power, and any of our vessels sail from the ports of the United States, no vessel belonging to the enemy, shall follow until twenty-four hours after the departure of our vessels; and the same regulation shall be observed towards the American vessels sailing from our ports, be their enemies Moors or Christians.

## ARTICLE XII.

Ships of war belonging to U. S. not to be examined.

If any ship of war belonging to the United States shall put into any of our ports, she shall not be examined on any pretence whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

## ARTICLE XIII.

Ships of war to be saluted.

If a ship of war of either party shall put into a port of the other and salute, it shall be returned from the fort with an equal number of guns, not with more or less.

## ARTICLE XIV.

Commerce on the footing of the most favoured nation.

The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favoured nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

## ARTICLE XV.

Privileges of merchants.

Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any other labour whatever, shall be paid at the customary rates, not more and not less.

## ARTICLE XVI.

In case of war, prisoners not to be enslaved, but exchanged.

In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant or any other person authorized by either of the parties.

TREATY WITH MOROCCO. 1787.

### ARTICLE XVII.

Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper; and may buy and sell all sorts of merchandize but such as are prohibited to the other Christian nations.

*Merchants may buy and sell all goods except those prohibited to other Christian nations.*

### ARTICLE XVIII.

All goods shall be weighed and examined before they are sent on board, and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board, in which case, the persons who took the contraband goods on board, shall be punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

*Goods to be examined before sent on board, and not after, unless in case of fraud.*

### ARTICLE XIX.

No vessel shall be detained in port on any pretence whatever, nor be obliged to take on board any articles without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

*Vessels not to be detained.*

### ARTICLE XX.

If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

*How disputes shall be settled.*

### ARTICLE XXI.

If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

*How crimes shall be punished.*

### ARTICLE XXII.

If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of his effects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear who has a right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear, the property shall descend agreeable to that will as soon as the consul shall declare the validity thereof.

*How estates of deceased citizens shall be disposed of.*

### ARTICLE XXIII.

The consuls of the United States of America, shall reside in any seaport of our dominions that they shall think proper; and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy; and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing, no application to him for any redress shall be made.

*Consuls and their privileges.*

104                     TREATY WITH MOROCCO.  1757.

### ARTICLE XXIV.

Regulations in case of war.

If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made for an arrangement, and until that application shall be rejected, no appeal shall be made to arms.  And if a war shall break out between the parties, nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property.  And it is farther declared, that whatever indulgences, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

### ARTICLE XXV.

Duration of treaty.

This treaty shall continue in full force, with the help of God, for fifty years.

We have delivered this book into the hands of the beforementioned Thomas Barclay, on the first day of the blessed month of Ramadan, in the year one thousand two hundred.

I certify that the annexed is a true copy of the translation made by Isaac Cordoza Nunez, interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

THOMAS BARCLAY.

### ADDITIONAL ARTICLE.

Grace to the only God.

Vessels of U. S. to be protected.

I, the under-written, the servant of God, Taher Ben Abdelkack Fennish, do certify, that His Imperial Majesty, my master, (whom God preserve,) having concluded a treaty of peace and commerce with the United States of America, has ordered me, the better to complect it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible; and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the citizens of America our good friends."

And, in obedience to his Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan,(a) in the year one thousand two hundred.

The servant of the King, my master, whom God preserve,

TAHER BEN ABDELKACK FENNISH.

I do certify that the above is a true copy of the translation made at Morocco, by Isaac Cordoza Nunez, interpreter, of a declaration made and signed by Sidi Hage Taher Fennish, in addition to the treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express directions of his Majesty.

THOMAS BARCLAY.

(a) The Ramadan of the year of the Hegira 1200 commenced on the 20th June, in the year of our Lord 1786.

Now, KNOW YE, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every article and clause therein contained, reserving the same nevertheless to the United States in Congress assembled, for their final ratification.

In testimony whereof, we have signed the same with our names and seals, at the places of our respective residence, and at the dates expressed under our signatures respectively.

JOHN ADAMS,     (L. S.)
*London, January 25th, 1787.*

THOMAS JEFFERSON,    (L. S.)
*Paris, January 1st, 1787*

  

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

# LEGAL NOTICE!
## NAME DECLARATION, CORRECTION
## PROCLAMATION AND PUBLICATION

I, **Antonio El**, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

I, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, **ANTONIO WHITE JR**, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage; by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am: **Antonio El**, 'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
   (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
   Moorish American Credentials: AA 222141- **TRUTH A-1**

3. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State

4. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).

5. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),

6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS HUMAN RIGHTS [Article Fifteen (15)].

7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

**Wherefore, I, Antonio El**, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

**I Am:** *Antonio El*
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: *Maria Maureen Bryant Bey*
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: *Amexem Bey*
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

LN/NCT No. 0001H

EXHIBIT B




Moorish- Moroccan Flag





Continental Flag

# Affidavit
## Notification of Reservation of Rights UCC 1-308/1-207

**Antonio El**, Sui Juris Heir
**CALIFORNIA STATE REPUBLIC**
Authorized Representative- **FEDERAL EMPLOYER 06143**
Natural Person, In Propia Persona:
**Mailing Location :**
**Near c/o | 2226 Macarthur Boulevard #27083**
**Oakland Corporation 94602 of California Republic|**
**Morocco**
**Non – Domestic Via United States Mail**

**PUBLIC NOTICE:**
THIS IS A PUBLIC COMMUNICATION TO ALL - UCC 1-202
**Notice to Agents is Notice to Principles**
**Notice to Principles is Notice to Agents**
**Application to all successors and assigns**
**ALL are without excuse**

Let it be known to all that **Antonio El, Sui Juris Heir Moorish American National, Free White Person** here explicitly reserve all my rights, UCC 1-308 which was formally 1-207. I have Stated for the record that I will exercise my allodial right to file suit against all parties involved both in their Public and Private capacities placing them under full commercial liability if my NON TAX OBLIGATION Status, Unalienable Rights, and Right to Due Process is not honored. **I Will Charge US$250,000.00 (FRN's) per violation or every 15 minutes if my body is violated or detained unlawfully.**

Further, let all be advised that all actions commenced against Moorish American Nationals may be in violation of, …
USC TITLE 18> PART 1 > CHAPTER 13 > § 242 Deprivation of rights under Color of Law
USC TITLE 18> PART 1 > CHAPTER 13 > § 241 Conspiracy against rights

Wherefore all have undeniable knowledge

**Heir / Affiant / Responder. Antonio El** , Natural Person, Authorized Representative.
Aboriginal /Indigene; In Propia Persona (and not Pro Se); Sui Juris, Sui Heredes, In Solo Proprio, Non- Domestic, Non-Resident, and Non-Subject.

**Nationality / Identity:** Moor / Muur / Moorish American – Aboriginal Natural Person of the Organic Land/ 'The North Gate'- Al Moroc – North America.

**Status:** Aboriginal / Indigenous Descendant of the Ancient Ones / Moabites / Muurs / Moorish American – Northwest Amexem / Northwest Africa / North America; Freehold by Birthright, Inheritance and Primogeniture Status.

**Jurisdiction / Venue :** Societas Republicae Ea Al Maurikanos / Moorish National Republic Federal Government; United States Republic, (De Jure,) Constitution , Treaties, Article III, Section 2; Article VI; International Law; Rights of Indigenous Peoples General Assembly, California State Republic 06143.

**Continent:** Territorial Jurisdiction: Northwest Amexem / Northwest Africa / North Americica; Geographical Location – the Organic Lands of the Western Hemisphere (Al Moroccan /



**REPUBLIC OFFICER**

Appellation:
**Sheik. Antonio El**
Designation:
**Deputy Imperial**
Potentate
Proclaimed:
**13th June 2018**

American Diplomat    Federal Employer # 06143 [Republic]

Moorish National Republic

EXHIBIT B

  



Moorish-Moroccan Flag                                          Continental Flag



## Affidavit
## Notification of Reservation of Rights UCC 1-308/1-207

Antonio El, Sui Juris Heir
**CALIFORNIA STATE REPUBLIC**
Authorized Representative-
Natural Person, In Propia Persona
**Mailing Location**
**c/o  2226 Macarthur Boulevard Oakland Territory, California Republic [ ZIP EXEMPT ]**
**Morocco**
**Non – Domestic Via United States Mail**

**PUBLIC:**
THIS IS A PUBLIC COMMUNICATION TO ALL - UCC 1-202
**Notice to Agents is Notice to Principles**
**Notice to Principles is Notice to Agents**
**Application to all successors and assigns**
**ALL are without excuse**



EXHIBIT F

Let it be known to all that Antonio El, **Sui Juris Heir Moorish American National, Free White Person** here explicitly reserve all my rights, UCC 1-308 which was formally 1-207. I have Stated for the record that I will exercise my allodial right to file suit against all parties involved both in their Public and Private capacities placing them under full commercial liability if my NON TAX OBLIGATION Status, Unalienable Rights, and Right to Due Process is not honored. **I Will Charge US$250,000.00 (FRN's) per violation or every 15 minutes if my body is violated or detained unlawfully.**

Further, let all be advised that all actions commenced against Moorish American Nationals may be in violation of, …
USC TITLE 18> PART 1 > CHAPTER 13 > **§ 242 Deprivation of rights under Color of Law**
USC TITLE 18> PART 1 > CHAPTER 13 > **§ 241 Conspiracy against rights**

Wherefore all have undeniable knowledge

**Heir / Affiant / Responder.** Antonio  El , Natural Person, Authorized Representative,
Aboriginal /Indigene; In Propia Persona  (and not Pro Se); Sui Juris, Sui Heredes, In Solo Proprio, Non- Domestic, Non-Resident, and Non-
Subject.

**Nationality / Identity:** Moor / Muur / Moorish American – Aboriginal Natural Person of the Organic Land/ 'The North Gate'- Al Moroc
North America.

**Status:** Aboriginal / Indigenous Descendant of the Ancient Ones /  Moabites /  Muurs /  Moorish American – Northwest Amexem /
Northwest Africa /  North America; Freehold by Birthright, Inheritance and Primogeniture Status.

**Jurisdiction / Venue :** Societas Republicae Ea Al Maurikanos  / Moorish National Republic Federal Government; United States Republic.
(De Jure.) Constitution , Treaties, Article III, Section 2; Article VI; International Law; Rights of Indigenous Peoples – General Assembly.
California State Republic 06143.

**Continent:** Territorial Jurisdiction; Northwest Amexem  / Northwest Africa / North Ameorica;
Geographical Location – the Organic Lands of the Western Hemisphere (Al Moroccan /

EXHIBIT B

Cornell Law School

U.S. Code › Title 18 › Part I › Chapter 13 › § 242

## 18 U.S. Code § 242 - Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019, Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*



EXHIBIT C




**I.S.L.A.M.**   *Moorish Americans - Northwest Amexem*

# Judicial Notice and Proclamation

**To All Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments, Personnel and Corporate Entities: Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Presents:**

**Upon** my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, Antonio El, being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

**That** I, Antonio El, Am a Noble of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being Moorish American - a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land /s (Amexem / Americas) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

**The** Al Moroccan (American) Continents - are the Land of the Moors; being North America, South America, Central America; including the adjoining Islands (Americana / Ameru / Al Moroc). I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and Fathers - Moors / Muurs, by Divine and Natural Right. Being Moorish American, we have and possess the internationally recognized Rights to determine our own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-Authority.

**Moors / Moorish Americans / Muurs** Have, Proclaim and Possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Al Moroccan Names and Nationality by Nature's Laws, Divine Law, Primogeniture, and by the recognized Laws of the Nations of the Earth (International). Being the true, Ancient, Aboriginal / Indigenes of the Land (America) - North, being the heart-land of the Moroccan Empire. Moors / Muurs are the 'De jure' Freeholders by Birthright, Inheritance and Primogeniture Status; and have, Claim and Possess the Secured Rights to Travel upon the Public Roadways, Byways and Highways of our Continental United States (the Organic Land) absent of foreign 'colored' or imposed excise taxation constructs invented, by the racketeering States' Legislators, to abridge and steal Rights belonging to the Natural Peoples. These Substantive Rights are supported by, and asserted by, Royal Law; Moorish Law; Moslem / Muslim Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; and Affirmed by Articles IV and VI of the Constitution Covenant of 1774 - 1781 A.D. = 1201 M. C., as lawfully adopted for The United States Republic; establishing its Republican Form of Government. Said Constitution established the Peoples' 'Supreme Law of the Land' to secure the Rights of the People, and to keep Government bound and in check by Official Oath, and by Official Bond. Down from the Ancients Ones, our Primogenitors, comes the Supreme Law of the Land!

1

EXHIBIT B

**Egypt**. The Capital Empire of the Dominion of Africa. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present **Moroccan Empire**. With their Cannanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present **North, South** and **Central America** and also **Mexico** and the **Atlantis Islands**; before the great earthquake, which caused the great Atlantic Ocean.

**The 'Great Seal Pyramid'** is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America (geographical location). The Great Pyramid is also the archaic symbol for Civilization on the planet Earth. The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large. We seek, at all times, to be conscious of the works, instructions, and acts necessary to teach, preserve and defend the Birthrights of All Moorish Americans (Al Moroccans), etc.

**The** Noble Moors / Muurs (Heirs Apparent) are the Natural Members / Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to recognize and to support our 'Great Seal' Sovereign Moorish Government and Nation of the Natural People, and command the enforcement of our Constitution. Thus, such organized communication Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Names and Titles, **Ali, El, Bey, Dey,** and **Al**. The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles; having vested Constitution - secured Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by, and of, the Union States Rights Republic (U.S.A.), pursuant to, but not limited to, the United States Republic Supreme Court, and the 'Acts of State' to wit:

*"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory..."*

**The** present Union States Municipal and Civil Laws and Codes of the Land are an 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four (1854). It governs 'ONLY' the rights and conduct of "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath. Fuever said Union States Rights Republic denies citizenship in the United States Republic (U.S.A.) to the descendants of the Moorish Nation in the Western Hemisphere, erroneously referred to, and 'branded' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, etc., etc. In addition, the Supreme Court of the United States (in the landmark case) of "Dred Scott v. Sandford" 60 US (19 Howard) 393 (1857) held that Negroes—whether held to slavery or free- were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names / Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic (U.S.A.) jurisdiction. The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-al Standards, embodied in the Moorish National Flag (Standard) - **Love, Truth, Peace, Freedom,** and **Justice**. The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to 'FOREIGN ENTITY TAXATION' (Indigenes Not Taxed) and maintain a NON- OBLIGATORY respect for the Union States Rights Republic (U.S.A.), its members, its laws; its ordinances; its codes; it customs and its traditions; pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of

Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1787) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75; Journals of The House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations **"Declaration of the Rights of the Child"** General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No. 16) at 19, U.N. Doc. A/4354 (1959); The United Nations **"Universal Declarations on Human Rights"** Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; **"Executive Order 13107"** - United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution; Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

*Furthermore*, I Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Muur and a (Natural Being) pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1787 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861 -1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c); The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions. (Stare Decisis) to wit:

1. *The* Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. **State v. Armstead, 60 s. 778, 779, and 781**:

2. *The* use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. **Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:**

3. *The* Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125:**

4. *The* Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. **Thompson v. Smith 154 SE 579:**

5. *State* Police Power extends only to immediate threats to public safety, health, welfare, etc., **Michigan v. Duke 266 US, 476 Led. At 449:** which driving and speeding are not. **California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):**

6. *The* state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. **US and UT v. Daniels, 22 p 159,** nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300:**

7. *Traveling* in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses. **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910: California v. Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).**

**8.** **Under** the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 1213 US 623, 659—60:**

**9.** **Where** Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

**10.** **The** claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:**

**11.** **For** a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. **Sherer v. Cullen 481 F. 945:**

**12.** **If** any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 211 US 149, 29S. CT 42.** "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

**13.** "**Lack** of Federal Jurisdiction can not be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969):** and "Want of Jurisdiction may not be cured by consent of parties". **Industrial Addition Association v. C.I.R., 323 US 310, 313.**

**Whereas.** In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and assigns. Axioms are legally in force under National and International Law attending these issues. And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offence.

**Whereas,** there is no question that a 'Bench Appearance Summons', Detention, Arrest and Ticket or Citation issued by a Police Officer or others for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights. It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

**That** the Organic United States Republic Constitution (derived from Ancient Moabite / Moorish Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 (1803). Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:

### Title 18, Part 1, Chapter 13 §241 of United States Codes of Law:

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or ...*

*If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts commited in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an*

4



*attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

### Title 18, Part 1, Chapter 13 §242 of United States Codes of Law:

*Whoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

*Therefore, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defence of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c); The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and **Executive Order 13107**' - United States Republic, North America; The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.*

*Wherefore all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur\*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law. All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped up charges, or attack on the Natural Being's Person, Property, Personalty, Conveyances, Freedoms, and / or Dignity.*

*Explicit Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1- 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, nor acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the*

5



name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens.  Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known...:

**Represent** means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State).  Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States.  Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles.  The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes!  These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establishes the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality etc. Thus, a clear 'Averment of Jurisdiction' is hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land! Thus, only Moors can **Present** 'Self'!

**J, Antonio El**, A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

<div align="center">

**Hibu** (Love), **Haqq** (Truth), **Salaam** (Peace), **Hurryatun** (Freedom), **Adl** (Justice).

**All** Rights Reserved Without Prejudice / Recourse; Allodial Claim.

</div>

**J** Am:_____
<small>Natural Person - In Propria Persona - Authorized Representative, All Rights Reserved</small>

**Aboriginal** / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable)

<small>*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America, and the Adjoining Islands.
Al Morroc / Amexem / Americana)</small>

**By** Special Appearance, in Honor, the Divine Being, **Antonio El**, Affirms that He / She is the Natural Person / Divine Being herein named, existing in His / Her own Proper Person; meeting the 'law of evidence' as required and defined in 'Identity'; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being lawfully qualified and competent to execute this Document. I therefore place my hand and seal thereto.

**Chronos:**
Day:_____   Month:_____   Year:_____

**J** Am:_____
<small>Vizir / Minister: Natural Person - In Propria Persona - Authorized Representative, All Rights Reserved
Free Moor / Muur
Northwest Amexem / Northwest Africa / North America</small>

**Witness:**_____
<small>Natural Person - In Propria Persona - All Rights Reserved</small>

**Witness:**_____
<small>Natural Person - In Propria Persona - All Rights Reserve</small>

<small>Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States</small>

  

### THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

# LEGAL NOTICE!
## NAME DECLARATION, CORRECTION
## PROCLAMATION AND PUBLICATION

I, **Marie Mairiam Bijou Bayo El**, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

I, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, **MARIE MAIRIAM BIJOU BAYO**, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am: **Marie Mairiam Bijou Bayo El**, 'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
   (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
   Moorish American Credentials:  AA 222141- **TRUTH A-1**

3. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State

4. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).

5. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),

6. UNIVERSAL DECLARATION OF HUMAN RIGHTS   UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

**Wherefore, I, Marie Mairiam Bijou Bayo El**, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.



**I Am:** Marie Mairiam Bijou Bayo El
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: Harold El U.S.
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: John Bey
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

LN/NCT No. 0001H

  

**I.S.L.A.M.**   *Moorish Americans - Northwest Amexem*

# Judicial Notice and Proclamation

**To All Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments, Personnel and Corporate Entities: Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Presents:**

**Upon** my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, **Marie Mairiam Bijou Bayo El**, being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

**That** I, **Marie Mairiam Bijou Bayo El**, Am a Noble of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being Moorish American - a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land /s (Amexem / Americas) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

**The** Al Moroccan (American) Continents - are the Land of the Moors; being North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc). I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and Fathers - Moors / Muurs, by Divine and Natural Right. Being Moorish American, we have and possess the internationally recognized Rights to determine our own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-Authority.

**Moors / Moorish Americans / Muurs** Have, Proclaim and Possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Al Moroccan Names and Nationality by Nature's Laws, Divine Law, Primogeniture, and by the recognized Laws of the Nations of the Earth (International). Being the true, Ancient, Aboriginal / Indigenes of the Land (America) - North, being the heart-land of the Moroccan Empire. Moors / Muurs are the 'De jure' Freeholders by Birthright, Inheritance and Primogeniture Status; and have, Claim and Possess the Secured Rights to Travel upon the Public Roadways, Byways and Highways of our Continental United States (the Organic Land) absent of foreign 'colored' or imposed excise taxation constructs invented, by the racketeering States' Legislators, to abridge and steal Rights belonging to the Natural Peoples. These Substantive Rights are supported by, and asserted by, Royal Law; Moorish Law; Moslem / Muslim Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; and Affirmed by Articles IV and VI of the Constitution Covenant of 1774 - 1781 A.D. = 1201 M. C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government. Said Constitution established the Peoples' 'Supreme Law of the Land' to secure the Rights of the People, and to keep Government bound and in check by Official Oath, and by Official Bond. Down from the Ancients Ones, our Primogenitors, comes the Supreme Law of the Land!

1

EXHIBIT B

Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1787) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75: Journals of The House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations **"Declaration of the Rights of the Child"** General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No, 16) at 19, U.N. Doc. A/4354 (1959); The United Nations **"Universal Declarations on Human Rights"** Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; **"Executive Order 13107"**—United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

**𝔉urthermore**, I Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Muur and a (Natural Being) pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1787 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861 -1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c);    The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions, (Stare Decisis) to wit:

1.  **𝔉he** Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. **State v. Armstead, 60 s. 778, 779, and 781**:

2.  **𝔉he** use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. **Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:**

3.  **𝔉he** Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125:**

4.  **𝔉he** Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. **Thompson v. Smith 154 SE 579:**

5.  **𝔖tate** Police Power extends only to immediate threats to public safety, health, welfare, etc., **Michigan v. Duke 266 US, 476 Led. At 449:** which driving and speeding are not. **California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):**

6.  **𝔉he** state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. **US and UT v. Daniels, 22 p 159,** nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300:**

7.  **𝔉raveling** in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses. **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).**

8.   *Under* the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 1213 US 623, 659—60:**

9.   *Where* Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

10.   *The* claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:**

11.   *For* a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. **Sherer v. Cullen 481 F. 945:**

12.   *If* any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 211 US 149, 29S. CT 42.** "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

13.   "*Lack* of Federal Jurisdiction can not be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969):** and "Want of Jurisdiction may not be cured by consent of parties". **Industrial Addition Association v. C.I.R., 323 US 310, 313.**

*Whereas,* In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and assigns. Axioms are legally in force under National and International Law attending these issues.   And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offence.

*Whereas,* there is no question that a 'Bench Appearance Summons', Detention, Arrest and Ticket or Citation issued by a Police Officer or others for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights.   It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

*That* the Organic United States Republic Constitution (derived from Ancient Moabite / Moorish Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 (1803). Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:

### *Title 18, Part 1, Chapter 13 §241 of United States Codes of Law:*

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or...*

*If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts commited in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an*

*attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

### Title 18, Part 1, Chapter 13 §242 of United States Codes of Law:

*Whoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts commited in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

**Therefore**, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defence of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c);   The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'-- Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and "**Executive Order 13107**" - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.

**Wherefore** all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law.   All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped – up charges, or attack on the Natural Being's Person, Property, Personalty, Conveyances, Freedoms, and / or Dignity.

**Explicit** Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1- 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts.  I, furthermore, do not sanction any 'unconstitutional' rules or policies, nor acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the

5

name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens.   Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith.  Let it be known…:

*Represent* means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State).   Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States.  Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles.  The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes!  These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establishes the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality etc. Thus, a clear 'Averment of Jurisdiction' is also hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land! Thus, only Moors can **Present** 'Self'!

*I*, **Marie Mairiam Bijou Bayo El**, A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

*Hibu* (Love), *Haqq* (Truth), *Salaam* (Peace), *Hurryatun* (Freedom), Adl (Justice), *All* Rights Reserved Without Prejudice / Recourse; Allodial Claim.

I Am: ~~Mein Mairiam Bijou Bayo El~~
*Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved*

*Aboriginal* / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable)

*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America, and the Adjoining Islands.
Al Moroc / Amen / Americana)

*By* Special Appearance, before me on Day ___3___ of __October__, 2017 CCY = 1437 M.C., in Honor, the Divine Being, **Marie Mairiam Bijou Bayo El**, Affirms that He / She is the Natural Person / Divine Being herein named, existing in His / Her own Proper Person; meeting the 'law of evidence' as required and defined in 'Identity'; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being lawfully qualified and competent to execute this Document. I therefore place my hand and seal thereto.

**Chronos:**
Day: _3_   Month: _October_   Year: _2017_

I Am: ~~Cnt Award El As.~~
*Vizir / Minister: Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved*
*Free Moor / Muur*
*Northwest Amexem / Northwest Africa / North America*

Witness: ~~_____~~
*Natural Person - In Propria Persona - All Rights Reserved /*

Witness: ~~_____~~
*Natural Person - In Propria Persona - All Rights Reserved*

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.

6

**IN THE UNITED STATES DISTRICT COURT OF SOUTHERN CALIFORNIA**

**AFFIDAVIT OF FACT**

| | |
|---|---|
| Antonio El<br>Marie Mairiam Bijou Bayo El,<br><br>Plaintiff, In Propria Persona<br><br>v.<br><br>ALEX VILAVANUEVA ., et al<br>DANIEL GONAZALES #619566<br>KEVIN HONEA #617339<br>SERGENT SUMI #460224<br>VICTOR LAMARR WRIGHT #158908<br>ALAN BOYD HONEYCUTT #176358<br>BARBARA JEAN MCDANIEL<br>#182275<br><br>             Defendants, | Case No.: YA099423<br><br>**Request for Arrest of a State<br>Actor, Injunctive Relief, and<br>Estoppel**<br><br>Date Action filed:<br>Febuary 1,2019 and March 3, 2019 |

**NATURE OF THE CASE**

WHEREAS, the SUPERIOR COURT OF THE STATE OF CALIFORNIA, LOS ANGELES COUNTY SHERIFF DEPARTMENT, State Actors DANIEL GONAZALES #619566, KEVIN HONEA #617339, BARBARA JEAN MCDANIEL #182275, VICTOR LAMARR WRIGHT #158908, ALAN BOYD HONEYCUTT #176358, are knowingly or unknowingly in collusion in denationalize of Al Moroccan Nationals with Moorish lineage as evidenced by Suit(s) / Summons / Bill(s) of Exchange Instrument(s) Number # (s):YA099423 whereby the corporate agencies have removed my title of Nobility and Nationality by labeling me as "BLACK" which is considered Libel and Slander and Defamation of Character. My Status is on the Public Record reflecting an Allodial American National, Free White Person protected by Treaty provisions, and as a result the STATE OF CALIFORNIA INC. is construed as a Foreign entity with its legislative policies notwithstanding. (**Treaty Attached – See Exhibit A**).

Furthermore I was placed under the artificial entity/ legal fiction/ 14th amendment corporate person, Ex Relatione ANTONIO WHITE JR© and MARIE MAIRM BIJOU BAYO© an Ens Legis ESTATE which was not consented or contracted with or anyone given permission to act as EXECUTOR OF OFFICE. I am the first lien Holder of the Ens Legis's collateral(s) and asset(s) and have entered my status/ standing into the public record for the world to see my Reservation of Rights as evidenced (See Exhibit B).

EXHIBIT G

This lack of respect for an Allodial American National protected by a Sovereign Nation State is unacceptable pursuant to the "Act of State" doctrine of my nation and as such I wish for this Court to construe the Facts liberally, accept them as true and instruct the "STATE OF CALIFORNIA INC" and its agents that they lack jurisdiction to prosecute me in the pending SUPERIOR COURT OF CALIFORNIA cases YA099423 for want of jurisdiction or each individual in both their public and private capacity are demanded to face charges for violation of The United States Codes of Law – Title 18, Chapter 13, Sections 241 & 242 & Title 18 Sections 1001 (See EXHIBIT C)

**Pursuant to Sections 450 - 460,** California Statutes, The Al Moroccan Government through its Consular General Office demanded the "STATE OF CALIFORNIA INC" to take judicial notice of the following Decisional, Constitutional, and Public statutory law and resolutions of the California Legislature and the Congress of the United States. (Ca. Stat. Judicial notice may be taken of the following matters to the extent that they are not embraced within Section 451:), Exhibits attached:

**Pursuant to California Statues 452 (f)** - Laws of foreign nations and of an organization of nations, The judicial power may **not** apply a statute to intrude upon a constitutional prerogative and obligation to Treaty Law. The Treaty being referred here is noted and prided as the longest running Treaty in History of this nation. **(Treaty of Peace and Friendship 1787 & 1836 (See Exhibit A) Treaties in Force 2018 - United States Department of State.**

The State Actor ALAN BOYDD HONEYCUTT Bar Member #176358, is acting as a Judge in a judicial capacity for the "State of California Inc." Criminal/Civil court which is **not** mentioned in the California Constitution and is therefore without any lawful delegation of authority to assume both personal and subject matter jurisdiction. The State of California et al have persisted to violate my Unalienable Birthright, Natural rights, Nationality and Lawful Status secured by the supreme law of the land. The State of California ignored all documents presented with the intention of clearing up errors regarding Status, Identity, Administrative Errors and breaches of oaths by officers of the court (See EXHIBIT E) for the State Actor's perusal to construe and to make a Good Faith decision. The defendants ignored the evidence and chose to act in Bad Faith which is synonymous with Fraud.

Therefore, the State Actor ALAN BOYDD HONEYCUTT Bar Member #176358, the clerk of court, SHERRI R. CARTER have no right to supersede their limited, inferior jurisdiction; nor do they possess the lawful right to deny due process to me the Affiant.

WHEREAS, State Actor ALAN BOYDD HONEYCUTT Bar Member #176358, his clerk SHERRI R. CARTER the prosecuting attorneys, To was notified numerous times of their collusion efforts to breach and violate Constitutionally protected rights as evidenced herein by case records. By their actions taken on Los Angeles County court record, it seems they are intending to further create injury to my natural person by threatening an arrest of my Body even after knowing that jurisdiction was not established before proceeding or at any point throughout. I canceled the defacto adhesive contractual arrangements with the "STATE OF CALIFORNIA INC." and its

agencies voluntarily, I am not a U.S. Citizen (which is considered an Enemy of the State) and now lawfully possess an Al Moroccan Nationality/ Travel Card Issued by my State (See EXHIBIT F). See Morris v. Gilmer, 129 U.S. 315, 326-327 (1889). Once a judge has knowledge that subject matter jurisdiction is lacking, he has no discretion but to dismiss the action, and failure to do so subjects the judge to personal liability.

WHEREAS, "Officers of the court have no immunity, when violating a Constitutional right, from liability. For they are deemed to know the law." (Owen v. Independence, 100 S.C.T. 1398, 445 US 622; Maine vs. Thiboutot, 100 S. Ct. 2502; and Hafer vs. Melo, 502 U.S. 21; officials and judges are deemed to know the law and sworn to uphold the law; officials and judges cannot claim to act in good faith in willful deprivation of law, they certainly cannot plead ignorance of the law, even the Citizen cannot plead ignorance of the law, the courts have ruled there is no such thing as ignorance of the law; it is ludicrous for learned officials and judges to plead ignorance of the law therefore there is no immunity, judicial or otherwise, in matters of rights secured by the Constitution for the United States of America. See: Title 42 U.S.C. Sec. 1983.

According to LAW, when the question of Jurisdiction is placed before ANY court, it must be physically produced. A Judge/ Court cannot satisfy it by mere want. Industrial Addition Association v. C.I.R., 323 US 310, 313. Also See: Griffin v. Matthews, 310 F supra 341, 342 (1969). The STATE OF CALIFORNIA INC. cannot produce for the record any instruments issued under its quasi so called authority showing a contract with the 14th Amendment citizen known to them as "ANTONIO WHITE JR" that they wish to use as a cover from liability to violate my rights.

THEREFORE, the Arrest Warrant herein attached for the State Actor(s) should be honored under Constitutional provisions and I demand that the United States Marshal Services execute said Warrants per their Constitutional Oath to defend against all enemies foreign and domestic.

## JURISDICTION

United States Republic, (De Jure.) Constitution 1791, Treaties, Article III, Section 2; Article VI; International Law; Rights of Indigenous Peoples – General Assembly. California State Republic 06143

### United States Supreme Court Decisions - Stare Decisis:
#### (Original Jurisdiction - Substantive Rights)
#### Obligations of State Courts:

**The United States Supreme Court:** *State courts, like federal courts, have a "constitutional" obligation to safeguard personal liberties and to uphold federal law.* **Stone v. Powell** *428 US 465, 96 S. Ct. 3037, 49 L. Ed. 2d 1067.*

**The United States Supreme Court:** *The obligation of state courts to give full effect to federal law is the same as that of federal courts.* **New York v. Eno** *155 US 89, 15 S. Ct. 30, 39 L. Ed. 80.*

**The United States Supreme Court:** *An administrative agency may not finally decide the limits of its statutory powers; this is a judicial function.* **Social Security Board v. Nierotko** *327 US 358, 66 S. Ct. 637, 162 ALR 1445, 90 L. Ed. 719*

## Venue

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

## Plaintiff

**Heir / Affiant / Responder:** Antonio El, a Free White Person, Authorized Representative, Aboriginal / Indigene; In Propria Persona (and not Pro Se); Sui Juris, Sui Heredes, In Solo Proprio, Non-Domestic, Non-Resident, and Non-Subject.

**Nationality / Identity:** Moor / Muur / Moorish American — Aboriginal Natural Person of the Organic Land / 'The North Gate' - Al Moroc - North America.

**Status:** Free White Person , Aboriginal / Indigenous; Descendant of the Ancient Ones / Moabites / Muurs / Moors – Northwest Amexem / Northwest Africa / North America; Freehold by Birthright, Inheritance and Primogeniture Status.

**Continent:** Territorial Jurisdiction: Northwest Amexem / Northwest Africa / North America; Geographical Location – the Organic Lands of the Western Hemisphere (Al Moroccan / Americana); And Not a Subject, Not Foreign, nor an artificial, corporate - artifice, or fictional, 14th Amendment U.S. Citizen (created on paper).

**Antonio El** , all rights reserved, as a "Citizen/National of the U.S.A.", Outside A "Federal District" within a non-military occupied private estate, not an enemy of the State under The Trading with The Enemy Act of 1933, The War Powers Act, The Emergency Banking Relief Act of 1873, and The Debt Relief Act of 1793, I am not a volunteer, subject to the jurisdiction, statute, codes, and regulations of the "United States Corporation". With special exclusive rights in Equity.

**Marie Mairiam Bijou Bayo El**, all rights reserved, as a "Citizen/National of the U.S.A.", Outside A "Federal District" within a non-military occupied private estate, not an enemy of the State under The Trading with The Enemy Act of 1933, The War Powers Act, The Emergency Banking Relief Act of 1873, and The Debt Relief Act of 1793, I am not a volunteer, subject to the jurisdiction, statute, codes, and regulations of the "United States Corporation". With special exclusive rights in Equity.

"Jura Sanguinis Nullo Jure Civili Dirimi Possunt"
"The right of blood and kindred cannot be destroyed by any civil law"

### Additional Defendants

STATE OF CALIFORNIA INC.,
Gavin Newsom
Office of the Governor
[1303 10th Street,
Sacramento, California 95814]

Alex Villanueva
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
[211 W. Temple St.
Los Angeles, CA 90012]

Xavier Becerra - Bar Member #118517
STATE ATTORNEY OFFICE
[300 S. Spring street #1700
Los Angeles, California  90013]

Sherri R. Carter,
Superior Court Criminal Executive Officer/Clerk
[111 N. Hill Street, Rm 105E
Los Angeles, California 90012]

Alex Padilla- DIVISION OF BUSINESS SERVICE
Secretary of State
DEPARTMENT OF STATE
[1500 11th Street
Sacramento, California 95814]

## **Facts**

In support of this petition I state for the record:

1. On January 3, 2019 Both, Marie Bayo El & Antonio El a Free White Person and a Foreign National to the "STATE OF CALIFORNIA", was Traveling with our family and children in our private capacity in our private conveyance when we were charged by the Defendants on colorable charges of a "traffic violation" and fabricated charges which holds no Merit under Constitutional provisions.

2. The Defendants have willfully removed our title of Nobility and Nationality by labeling us as "BLACK" which is considered Libel and Slander and Defamation of Character even as evidenced by Suit(s) / Summons / Bill(s) of Exchange Instrument(s) Number #(s) YA099423 (See EXHIBIT G )

3. Our bodies was kidnapped and held for ransom for 15 days and Antonio El was held for 90 days against our will under threat duress and coersion with no verified claim on the record and was held even after it was clear that the court lacked jurisdiction.

4. Numerous correspondences were placed on the record to clear up any errors as far as my status to the State Actors from the Al Moroccan Federal Government and were recorded on Los Angeles County Recording Office records publicly.  Even after presenting the evidence, the "Pretender" (according to USC 18 Section 912) refused to act in Good Faith and honor the documents.  Instead chose to ignore and force further proceedings under Color of Law.  (See EXHIBIT H)

5. THE STATE OF CALIFORNIA INC. and its Agents have also manipulated and falsify documents time and time again by altering my name on documents by spelling the name in "ALL CAPS" which is an indication of CAPITIS DIMUNITIO MAXIMA which is NOT my status and also defaming my character by labeling me as "BLACK" even though my correct status has been recorded and filed publicly and have been misrepresenting me under COLOR OF LAW in order to denationalize me and fraudulently claim jurisdiction. Which is a violation of USC Title 18 Section 1001

6. We are being violated on my own ancestral estate as My "Nationality Identification" affirms my domicile being North America which meets the National ID Act and 1508 "Specially Mentioned Identifications" U.S.C. Title 18 section 1028. (SEE EXHIBIT I) Therefore all defendants are deemed incompetent and ignorant to the law and are all guilty of enforcing colorable laws under stress, duress and coercion in violation of **U.S.C. Title 18 section 241, 242 and 245.**

7. THE STATE OF CALIFORNIA INC. through its agent(s), ALAN BYODD HONEYCUTT #176358 (acting judge) and other parties have shown further fraud/ bad faith with the intent of causing harm and injury to my body by issuing a CAPIAS for my body even though it is very evident that the court lacks jurisdiction. This is absolute proof of the RICO violations and these individuals should be held fully accountable for these crimes against the people.

## Legal Claims

*The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.*

*"Bad faith" and "Fraud" are synonymous, and also synonyms of dishonesty, infidelity, faithlessness, perfidy, unfairness, etc.* ***Joiner v. Joiner, Tex. Civ. APP.,87 S.W. 2d 903, 914, 915***

A Treaty lawfully entered into stands on the same footing of supremacy as does the Constitution and Laws of the United States. It is generally self-operating in that it requires no legislation by either Congress or the state. <u>Asakura v. Seattle, 265 U.S. 332, 44 S. Ct. 515, 68 L. Ed. 1041.</u> A treaty must be regarded as a part of the law of the state as much as are the state's own statutes and it may override the power of the state even in respect of the great body of private relations which usually fall within the control of the state. The treaty-making power might even be superior to those powers which are reserved to the states. **State of Missouri v. Holland, <u>252 U.S. 416, 40 S. Ct. 382, 64 L. Ed. 641, 11 A.L.R. 984.</u>**

The power of the State in this respect follows from her sovereignty within her limits, as to all matters over which jurisdiction has not been expressly or by necessary implication transferred to the "STATE OF CALIFORNIA" and the Federal government. Such control would be foreign to the purposes for which the corporate state charters and Federal government was created, and would seriously embarrass the landed interests of the state." See also Pennoyer v. Neff, <u>95 U.S. 714, 715, 24 L. Ed. 565.</u>

Therefore, this is Prima Facie evidence that the Oath of office binds all Officers to their Constitutional Contract for which they have a fiduciary duty as trustees to uphold the Supreme Law of the land. Article VI of the Constitution for the United States of America (Republic) "SUPREMACY OF THE NATIONAL GOVERNMENT" **Section 2** states "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; **and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby,** any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

American case law clearly adjudicated that: *"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them"* <u>Miranda v. Arizona, 384 U.S.</u>

The Act of State Doctrine fortifies the independence of sovereign states when employed. All plainly stated grants of contractual authority evident in The Constitution for the United States of America (Republic) remain in place, subject to good faith performance of the accompanying obligations and Treaties.

Therefore as affirmed by **American Jurisprudence State and Federal Conflicts of Law Constitution Law 75 Subsection 1 to 359,** State Statutory provision must yield to any applicable provisions of any valid treaty of United States with Foreign Countries. Continuing part of supreme law of the land. Even state laws governing essentially local matters must yield to valid treaties when there is conflict between them. Treaty rights and use of international boundary streams cannot be interfered by state statures.

For a crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right." <u>Sherer v. Cullen 481 F. 945.</u> THE STATE OF CALIFORNIA is a Corporate fiction on paper and is not the Land and therefore cannot be Injured by a Natural Person Flesh and Blood and has no superior rights over any American National or Foreign National. *With no injured party, a complaint is invalid on its face".* <u>Gibson v. Boyle, 139 Ariz. 512.</u> Supreme courts ruled "Without Corpus delicti there can be no crime""In every prosecution for crime it is necessary to establish the "corpus delicti", <u>People v. Lopez, 62 Ca.Rptr. 47, 254 C.A.2d 185.</u>

The State of California should immediately sua sponte inquire into their own jurisdiction to avoid burdening other branches with the necessity of proceedings. <u>See Mengedoht v. Burch, No. 85-5671 CA-T (Fla. 18th Jud. Cir. Sept. 12, 1986).</u> (agreeing inter alia, separation of powers and legislative privilege protected by constitutional principles).

Once a judge has knowledge that subject-matter jurisdiction is lacking, he has no discretion but to dismiss the action, and failure to do so subjects the judge to personal liability. <u>See Morris v. Gilmer, 129 U.S. 315, 326-327 (1889).</u> Relief

## **The Enforcement of the following (Relief Stated):**

1) Plaintiff demands judgment in the sum of $25,000,000.00 USD "Twenty Five Million" Federal Reserve Notes together with court cost which the court may assess. The Plaintiff, says the foregoing is a just and true statement of the amount owing by the Defendants to the Plaintiff, exclusive of all set-offs and just grounds of defense. I wish for the Bill to be paid in full within seven (7) days and trust in "Good Faith" this court will aid me in my claim for relief.

2) Plaintiff wishes for the assurance of Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

3) Plaintiff wishes for the agents of this court in "Good Faith" uphold their Oath of Office and instruct the "STATE OF CALIFORNIA INC." and its agents that they have violated the Act of State doctrine by knowingly or unknowingly denationalizing me and slandering my noble title by calling me a "Sovereign citizen" which is a misnomer at law, defamation of character, and a war tool to violate my Constitutionally secured rights to Due Process.

4) Plaintiff wishes for this court to construe the facts liberally from a common sense approach and affirm in its report that the "STATE OF CALIFORNIA INC." (through its agents) lacks jurisdiction to prosecute me in the pending state of court case #YA099423 for criminal/traffic violations for an alleged commercial statue (2800.2- FLEEING A PURSUING PEACE OFFICER'S MOTOR VEHICLE WHILE DRIVING RECKLESSLY) which was terminated voluntarily after finding out that it is a contract. I am in a contract with my Sovereign Nation and was issued an Al Moroccan Nationality/Travel Card when we Declared our Nationality publicly.

5) Plaintiff seeks Injunctive relief and estoppel from this court against the STATE OF CALIFORNIA INC. et al from constantly trying to attach the 14th amendment public trust to my body as collateral for its debts when I am currently being protected by Al Morocco.

6) Plaintiff wishes for an estoppel to be sent to Defendants from slandering and defaming my character by labeling me and other moors as "Sovereign Citizen" which creates purposeful injury and violations to my body and mind.

7) Plaintiff wishes for an Arrest Warrant to be executed by the United States Marshall Service immediately against the Defendants to prevent any further harm/ injuries and unlawful colorable acts.

8) Plaintiff wishes that an injunction be issued and enforced against all defendants for future references as well. These actors have caused harm to my body in the past and is showing their intent to cause further harm UNDER COLOR OF LAW by issuing a CAPIAS for my body. Plaintiff wishes for a cease and desist of all contact and to be placed on the DO NOT STOP, DO NOT DETAIN DO NOT INTERROGATE  list.

**28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury**

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

**Executed without the United States:**

I, **Antonio El**, and **Marie Mairiam Bijou Bayo El** Sui Juris Heir and Noble **Affirm** under penalty of perjury under the laws of the **United States of America Republic** that the foregoing is true and correct.

Executed on _09/05/2019_

_Antonio El UCC 1-308/ Marie Bayo El UCC 1-308_
(Autograph)
A Free and Sovereign Al Moroccan National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America/ North Gate/ Turtle Island
All Rights Reserved Allodial & Retained Without Prejudice
Authorized Representative
Free White Person
FreeMoor #AA222141
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103